**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OZOD KURBONOV,<br><br>*Petitioner,*<br><br>v.<br><br>TODD LYONS, et al.,<br><br>*Respondents.* | CIVIL ACTION<br><br>NO. 26-7233 |

**ORDER**

**AND NOW**, this 16th day of November, 2026, upon consideration of the Petition for a Writ of *Habeas Corpus*, (Dkt. No. 1), the Government's Response in Opposition, (Dkt. No. 5), and Petitioner's Reply, (Dkt. No. 6) it is hereby **ORDERED** that the Petition is **DISMISSED without prejudice**.

The Clerk of Court shall **CLOSE** the case.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.